UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-23440-CIV-ALTONAGA/White

**HUGH CHRISTOPHER HODGE**,

    Plaintiff,
vs.

**WALTER MC NEIL**, *et al.*,

    Defendants.
_____/

**ORDER**

On April 8, 2009, Plaintiff, Hugh Christopher Hodge, filed his Motion to Prevent Further Coercion and Retaliation from Defendants [D.E. 31]. Magistrate Judge Patrick A. White issued a Report [D.E. 40] recommending that a portion of the relief requested be granted, but that Plaintiff's Motion be denied to the extent it seeks injunctive relief. Plaintiff has filed his "Motion Objection" to the Report [D.E. 46], objecting to the recommendation that an injunction not be entered. After a careful review, it is

**ORDERED AND ADJUDGED** that the Report **[D.E. 40]** is **AFFIRMED**. The Motion to Prevent Further Coercion **[D.E. 31]** is **GRANTED in part** and **DENIED** in part. The exhibits attached to Plaintiff's Motion are considered a part of the Second Amended Complaint. The request for outside medical care or a general order prohibiting future conduct by Defendants is denied.

**DONE AND ORDERED** in Chambers at Miami, Florida this 7th day of May, 2009.

                                                            */s/ Cecilia M. Altonaga*
                                                            **CECILIA M. ALTONAGA**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record; Plaintiff, *pro se*