08-23440.o3

## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-23440-CIV-ALTONAGA-BROWN

HUGH CHRISTOPHER HODGE,

      Plaintiff,

vs.

WALTER MCNEIL, et al.,

      Defendant(s).

_____/

## <u>ORDER RE:MOTION TO SUPPLEMENT</u>

**This matter** is before the Court on Plaintiff's Motion to Supplement the Pleadings... (D.E. 203). The Court has considered the motion, the response, the reply, and all pertinent materials in the file.

This is much ado about nothing. The motion is denied for failure to timely raise this matter and for failure to attach a proposed amended compliant. The Court notes that plaintiff's counsel took over one year ... and after a trial date had been set in this case, to seek this amendment, and absolutely no justification for same is offered. Having so stated, however, plaintiff makes the argument in the reply that he really doesn't have to specifically plead such a claim to be entitled to fees. Plaintiff may have a point, though the Court will not reach same at this time.

Therefore, the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that - to the extent plaintiff seeks to amend/supplement the complaint, the motion is **DENIED**. However, said denial shall not be interpreted to equate to a substantive denial

1

of any claims for attorney's fees.

DONE AND ORDERED in Chambers at Miami, Florida this 13th day of April, 2011

_____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:

Counsel of record

2